1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 583-3695
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff,
   CHRISTOPHER GOMEZ

5

## UNITED STATES DISTRICT COURT
6  ## NORTHERN DISTRICT OF CALIFORNIA

7  CHRISTOPHER GOMEZ,                    )   **Case No.:**
                                         )
8          Plaintiff,                    )   **COMPLAINT AND DEMAND FOR**
                                         )   **JURY TRIAL**
9      v.                                )
                                         )   **(Unlawful Debt Collection Practices)**
10 BRACHFELD LAW GROUP,                  )
                                         )
11         Defendant.                    )
                                         )
12 _____      )

13                    **VERIFIED COMPLAINT**

14         CHRISTOPHER GOMEZ (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges

15 the following against BRACHFELD LAW GROUP, (Defendant):

16                          **INTRODUCTION**

17   1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15*

18      *U.S.C. 1692 et seq.* (FDCPA).

19   2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection

20      Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

21                    **JURISDICTION AND VENUE**

22   3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such

23      actions may be brought and heard before "any appropriate United States district court

24      without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court

25      supplemental jurisdiction over the state claims contained therein.

- 1 -

PLAINTIFF'S COMPLAINT

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in San Jose, California.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a national company with its headquarters in Houston, Texas.

11. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

12. Defendant used rude and abusive language during a collection call to Plaintiff while attempting to collect on an alleged consumer debt owed on a Bank of America account.

13. Defendant stated "the law in California are rough" while seeking and demanding payment for the alleged consumer debt. Defendant misrepresented that the communication was from a lawyer when in fact it was not.

14. Defendant threatened to file a lawsuit against Plaintiff while seeking and demanding payment for the alleged consumer debt. To date, no lawsuit has been filed.

15. Further, Defendant hung up on Plaintiff in the middle of the collection call.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(1)* of the FDCPA by contacting Plaintiff at a time and place known to be inconvenient.

    b. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiff.

    c. Defendant violated *§1692d(2)* of the FDCPA by using abusive language while attempting to collect the alleged debt.

    d. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without disclosing his/her identity.

    e. Defendant violated *§1692e* of the FDCPA by making false, deceptive, and misleading representations in connection with debt collection.

    f. Defendant violated *§1692e(2)* of the FDCPA by misrepresenting the character, amount, or legal status of the alleged debt.

    g. Defendant violated *§1692e(3)* of the FDCPA by misrepresenting that an individual is an attorney or that any communication is from an attorney.

    h. Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that cannot legally be taken or is not intended to be taken.

    i. Defendant violated *§1692e(10)* of the FDCPA by making false representation and engaging in deceptive means to collect a debt.

WHEREFORE, Plaintiff, CHRISTOPHER GOMEZ, respectfully requests judgment be entered against Defendant, BRACHFELD LAW GROUP, for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

18. Statutory damages of $1000.00  pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k,*

PLAINTIFF'S COMPLAINT

19. Actual damages,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act,
    *15 U.S.C. 1692k*

21. Any other relief that this Honorable Court deems appropriate.

### COUNT II
### DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

22. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

23. Defendant violated the RFDCPA based on the following:

    a.  Defendant violated *§1788.11(b)* of the RFDCPA by placing telephone calls without disclosure of the caller's identity.

    b.  Defendant violated *§1788.13(j)* of the RFDCPA by making the false representation that a legal proceeding has been, is about to be, or will be instituted unless payment of a consumer debt is made.

    c.  Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

WHEREFORE, Plaintiff, CHRISTOPHER GOMEZ, respectfully requests judgment be entered against Defendant, BRACHFELD LAW GROUP, for the following:

24. Declaratory judgment that Defendant's conduct violated the Rosenthal Fair Debt Collection Practices Act,

25. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b),*

26. Actual damages,

PLAINTIFF'S COMPLAINT

27. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

28. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, CHRISTOPHER GOMEZ, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED:  March 23, 2010          KROHN & MOSS, LTD.

By: _____

Ryan Lee
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

    Plaintiff, CHRISTOPHER GOMEZ, states as follows:

1.    I am the Plaintiff in this civil proceeding.

2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3.    I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4.    I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.

6.    Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7.    Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, CHRISTOPHER GOMEZ, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 3-23-2010                                 

                                      CHRISTOPHER GOMEZ