UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER GOMEZ, ) | Case No.: 10-CV-01298-LHK |
| Plaintiff, ) | |
| v. ) | ORDER OF REFERRAL |
| BRACHFELD LAW GROUP, ) | |
| Defendant. ) | |

Based on the parties' consent to proceed before a United States Magistrate Judge for all purposes, including trial and entry of judgment, the Court directs the Clerk to randomly reassign this case to a United States Magistrate Judge for all purposes. The Case Management Conference currently scheduled for Wednesday, February 9, 2011 is VACATED. This referral shall have no effect on the parties' mediation scheduled for January 11, 2011.

**IT IS SO ORDERED.**

Dated: October 21, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01298-LHK
ORDER OF REFERRAL