UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER GOMEZ, ) | Case No.: C 10-1298 PSG |
| ) | |
| Plaintiff, ) | **SCHEDULING ORDER** |
| ) | |
| v. ) | |
| ) | |
| BRACHFELD LAW GROUP, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On October 13, 2010, the parties appeared before District Judge Koh for a Case Management Conference. On October 20, 2010 the parties consented to Magistrate Judge jurisdiction. Thereafter, the case was reassigned to the undersigned. Based on the file herein,

IT IS HEREBY ORDERED that the Case Management Conference scheduled for December 14, 2010 is VACATED.

IT IS FURTHER ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Statement filed herein on October 5, 2010 (docket no. 13).

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal


Rules of Civil Procedure apply to this case.

IT IS FURTHER ORDERED that the prior referral to court-sponsored mediation remains in effect.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| | |
|---|---|
| Fact Discovery Cutoff. | 2/14/11 |
| Designation of Experts with Reports. | 2/21/11 |
| Designation of Rebuttal Experts with Reports. | 3/4/11 |
| Expert Discovery Cutoff. | 3/18/11 |
| Deadline(s) for Filing Discovery Motions. | *See* Civil Local Rule 37-3 |
| Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on 5/17/11 |
| Final Pretrial Conference. | 2:00 p.m. on 6/28/11 |
| Jury Trial | 9:30 a.m. on 7/11/11 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the clerk of the court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *December 13, 2010*

　　　　　　　　　　　　　　　　　　
PAUL S. GREWAL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the "Magistrate Judge Grewal's Standing Orders" link.