**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GEORGE J. ZISER, SB# 51879
 E-Mail: ziser@lbbslaw.com
JEFFREY LISENBEE, SB# 265518
 E-Mail: lisenbee@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant, BRACHFELD LAW GROUP

**KROHN & MOSS, LTD.**
Ryan Lee, Esq. (SBN 235879)
Vivek Tandon, Esq. (SBN 254005)
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
vtandon@consumerlawcenter.com

Attorneys for Plaintiff, Christopher Gomez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER GOMEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>BRACHFELD LAW GROUP,<br><br>         Defendants. | CASE NO. CV10-01298 PSG<br>[now reassigned to Honorable Paul S. Grewal]<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION; AND [PROPOSED] ORDER** |

Plaintiff CHRISTOPHER GOMEZ ("Plaintiff") and defendant BRACHFELD LAW GROUP ("Brachfeld"), by and through their respective attorneys of record hereby stipulate, subject to the Court's approval, that the mediation completion date currently set by the Court's (under the Honorable Lucy H. Koh) Case Management Order for January 11, 2011 shall be extended up to and including March 1, 2011.

There have been no previous extensions of the aforementioned mediation completion date.

4818-2030-5416.1
STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION

Plaintiff and Brachfeld request this extension of the mediation completion date since the assigned mediator, Mr. Thomas LoSavio, recently developed a conflict which may preclude him from attending the previously set mediation, currently scheduled for January 10, 2011. In this respect, Mr. Thomas LoSavio joins in on the parties request that the Court grant an extension of time beyond January 11, 2011 to complete mediation.

In addition, counsel for Plaintiff and Brachfeld are in ongoing settlement negotiations and believe the extension of time will allow the parties to conduct further fruitful negotiations and reach a successful settlement in this case.

DATED: January 6, 2011          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By /s/ Jeffrey Lisenbee
                                Jeffrey Lisenbee
                                Attorneys for Defendant
                                BRACHFELD LAW GROUP

DATED: January 6, 2011          KROHN & MOSS, LTD.

                                By /s/ Ryan Lee
                                Attorneys for Plaintiff
                                CHRISTOPHER GOMEZ

DATED: January 6, 2011          THOMAS J. LOSAVIO, MEDIATOR

                                By /s/ Thomas J. LoSavio
                                Thomas J. LoSavio
                                Assigned Mediator

4818-2030-5416.1

STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION

## [PROPOSED] ORDER

Based upon the Stipulation by and between Plaintiff CHRISTOPHER GOMEZ and defendant BRACHFELD LAW GROUP, it is ordered that the parties shall have up to and including March 1, 2011, within in which to complete mediation in this action.

DATED: January  7 , 2011

_Paul S. Grewal_
Honorable Paul S. Grewal