1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10                                 SAN JOSE DIVISION
11

12   CHRISTOPHER GOMEZ,                )        Case No.: C 10-01298 PSG
                                        )
13                    Plaintiff,        )        **STANDBY ORDER TO SHOW CAUSE**
                                        )
14        v.                            )        **(Re: Docket No. 30)**
                                        )
15   BRACHFELD LAW GROUP,               )
                                        )
16                    Defendant.        )
     _____)
17

18        The Court has been informed that the above-entitled action has settled.  Accordingly, the

19   Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by

20   **March 9, 2011**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear

21   on **March 15, 2011 at 2 p.m. in Courtroom 5, 4th Floor of the San Jose Courthouse** and show

     cause why the case should not be dismissed.
22

23        Failure to comply with this Order may result in dismissal of the action pursuant to Federal

     Rule of Civil Procedure 41(b).
24

25        IT IS SO ORDERED.

26
     Dated: February 2, 2011
27

28                                    _____
                                      PAUL S. GREWAL
                                      United States Magistrate Judge

                                          Order